**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 21-35085

**Case Name** Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.

**Counsel submitting this form** Bridget Psarianos

**Represented party/ parties** Sovereign Iñupiat for a Living Arctic et al.

*Briefly describe the dispute that gave rise to this lawsuit.*

This action seeks declaratory and injunctive relief against the Bureau of Land Management, U.S. Department of the Interior, and U.S. Army Corps of Engineers, and agency officials for their decisions to approve ConocoPhillips Alaska Inc.'s Willow Master Development Plan, an oil and gas development project in the National Petroleum Reserve-Alaska. This action also seeks declaratory and injunctive relief against the U.S. Fish and Wildlife Service (FWS) for its arbitrary and unlawful biological opinion for the Willow project. This action arises under, and alleges violations of, the National Environmental Policy Act, 42 U.S.C. §§ 4321 et seq.; Federal Land Policy and Management Act of 1976, 43 U.S.C. §§ 1701 et seq.; Endangered Species Act, 16 U.S.C. §§ 1531–1544; Clean Water Act, 33 U.S.C. §§ 1251 et seq.; and Administrative Procedure Act, 5 U.S.C. §§ 702–706.

*Briefly describe the result below and the main issues on appeal.*

ConocoPhillips Alaska, Inc. is scheduled to start construction work for the Willow project in February 2021. Plaintiffs filed a motion for a preliminary injunction to halt ConocoPhillips' construction activities. The District Court denied Plaintiffs' motion. Plaintiffs filed this interlocutory appeal of the District Court's order. The main issue on appeal is whether the court erred in denying the motion for a preliminary injunction. ConocoPhillips has not agreed to halt construction while the appeal is pending.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Briefing for summary judgment has yet to occur, and the District Court has yet to rule on the merits of the case.

**Signature** s/Bridget Psarianos **Date** Feb 5, 2021

*(use "*s/[typed name]*" to sign electronically-filed documents)*